

United States District Court
Eastern District of California

| | |
|---|---|
| MICHAEL BROWN, <br> Plaintiff(s) <br><br> V. <br><br> UNITED PARCEL SERVICE, INC.; and DOES 1 through 20, inclusive, <br> Defendant(s) | Case Number: 2:25-CV-00986-WBS-AC <br><br> APPLICATION FOR PRO HAC VICE AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, MaKenna E. Tucker, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant United Parcel Service, Inc.

On 11/23/2021 (date), I was admitted to practice and presently in good standing in the Southern District of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/26/2025   Signature of Applicant: /s/ *MaKenna E. Tucker*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | MaKenna E. Tucker, Esq. |
| Law Firm Name: | Martenson, Hasbrouck & Simon LLP |
| Address: | 2911 Turtle Creek Blvd., |
| | Suite 1280 |
| City: | Dallas    State: TX    Zip: 75219 |
| Phone Number w/Area Code: | (972) 497-2951 |
| City and State of Residence: | Garland, TX |
| Primary E-mail Address: | mtucker@martensonlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Linh Tran, Esq. |
| Law Firm Name: | Martenson, Hasbrouck & Simon LLP |
| Address: | 5800 Armada Drive, |
| | Suite 101 |
| City: | Carlsbad    State: CA    Zip: 92008 |
| Phone Number w/Area Code: | (760) 683-8499    Bar # 349486 |

## ORDER

The Pro Hae Vice Application is APPROVED.  The Pro Hae Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  June 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE