UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL BROWN,

        Plaintiff,

   v.

UNITED PARCEL SERVICE, INC.; and DOES 1 through 20, inclusive,

        Defendants.

No. 2:25-cv-986 WBS AC

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report (Docket No. 12), the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for **July 28, 2025,** and makes the following findings and orders without needing to consult with the parties any further.

I. <u>SERVICE OF PROCESS</u>

All defendants have been served, and no further service is permitted without leave of court, good cause having been shown

1

1  under Federal Rule of Civil Procedure 16(b).
2  II.  JOINDER OF PARTIES/AMENDMENTS
3             No further joinder of parties or amendments to
4  pleadings will be permitted except with leave of court, good
5  cause having been shown under Federal Rule of Civil Procedure
6  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604,
7  607-10 (9th Cir. 1992).
8  III. JURISDICTION/VENUE
9             Jurisdiction is predicated upon 28 U.S.C. § 1332,
10 because the parties are completely diverse and the amount-in-
11 controversy exceeds $75,000.00, in this employment discrimination
12 action.  Venue is undisputed and hereby found to be proper.
13 IV.  DISCOVERY
14            The parties agree to serve the initial disclosures
15 required by Federal Rule of Civil Procedure 26(a)(1) on or before
16 **August 27, 2025.**
17            The parties shall disclose experts and produce reports
18 in accordance with Federal Rule of Civil Procedure 26(a)(2) by no
19 later than **July 6, 2026.**  With regard to expert testimony
20 intended solely for rebuttal, those experts shall be disclosed
21 and reports produced in accordance with Federal Rule of Civil
22 Procedure 26(a)(2) on or before **August 20, 2026.**
23            All discovery, including depositions for preservation
24 of testimony, is left open, save and except that it shall be so
25 conducted as to be completed by **October 5, 2026.**  The word
26 "completed" means that all discovery shall have been conducted so
27 that all depositions have been taken and any disputes relevant to
28 discovery shall have been resolved by appropriate order if

```
 1  necessary and, where discovery has been ordered, the order has
 2  been obeyed.  All motions to compel discovery must be noticed on
 3  the magistrate judge's calendar in accordance with the local
 4  rules of this court and so that such motions may be heard (and
 5  any resulting orders obeyed) not later than October 5, 2026.
 6  V.    MOTION HEARING SCHEDULE
 7           All motions, except motions for continuances, temporary
 8  restraining orders, or other emergency applications, shall be
 9  filed on or before December 4, 2026.  All motions shall be
10  noticed for the next available hearing date.  Counsel are
11  cautioned to refer to the local rules regarding the requirements
12  for noticing and opposing such motions on the court's regularly
13  scheduled law and motion calendar.
14  VI.   FINAL PRETRIAL CONFERENCE
15           The Final Pretrial Conference is set for February 22,
16  2027, at 1:30 p.m. in Courtroom No. 5.  The conference shall be
17  attended by at least one of the attorneys who will conduct the
18  trial for each of the parties and by any unrepresented parties.
19           Counsel for all parties are to be fully prepared for
20  trial at the time of the Pretrial Conference, with no matters
21  remaining to be accomplished except production of witnesses for
22  oral testimony.  Counsel shall file separate pretrial statements
23  and are referred to Local Rules 281 and 282 relating to the
24  contents of and time for filing those statements. In addition to
25  those subjects listed in Local Rule 281(b), the parties are to
26  provide the court with: (1) a plain, concise statement which
27  identifies every non-discovery motion which has been made to the
28  court, and its resolution; (2) a list of the remaining claims as
```

1 against each defendant; and (3) the estimated number of trial
2 days.
3      In providing the plain, concise statements of
4 undisputed facts and disputed factual issues contemplated by
5 Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
6 that remain at issue, and any remaining affirmatively pled
7 defenses thereto.  If the case is to be tried to a jury, the
8 parties shall also prepare a succinct statement of the case,
9 which is appropriate for the court to read to the jury.
10 VII. TRIAL SETTING
11      The jury trial is set for **April 27, 2027,** at 9:00 a.m.
12 The parties estimate that the trial will last 5-7 days.
13 VIII.    SETTLEMENT CONFERENCE
14      A Settlement Conference with a magistrate judge will be
15 set at the time of the Pretrial Conference.  Counsel are
16 instructed to have a principal with full settlement authority
17 present at the Settlement Conference or to be fully authorized to
18 settle the matter on any terms.  At least seven calendar days
19 before the Settlement Conference counsel for each party shall
20 submit a confidential Settlement Conference Statement for review
21 by the settlement judge.  The Settlement Conference Statements
22 shall not be filed and will not otherwise be disclosed to the
23 trial judge.
24 IX.   MODIFICATIONS TO SCHEDULING ORDER
25      Any requests to modify the dates or terms of this
26 Scheduling Order, except requests to change the date of the
27 trial, may be heard and decided by the assigned Magistrate Judge.
28 All requests to change the trial date shall be heard and decided

4

1  only by the undersigned judge.
2       IT IS SO ORDERED.
3  Dated: July 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5