MaKenna E. Tucker (*Admitted pro hac vice*)
mtucker@martensonlaw.com
Greg Bautista (SBN 340867)
gbautista@martensonlaw.com
Martenson, Hasbrouck & Simon LLP
5800 Armada Drive, Suite 101
Carlsbad, CA 92008
Tel: (760) 827-5013

*Attorneys for Defendant*
*United Parcel Service, Inc.*

Michael Freiman (SBN 280716)
Law Office of Michael Freiman
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Tel: (310) 917-1022

*Attorney for Plaintiff*
*Michael Brown*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MICHAEL BROWN, an individual,

Plaintiff,

vs.

UNITED PARCEL SERVICE, INC.; and DOES 1-20, inclusive,

Defendants.

Case No: 2:25-cv-00986-WBS-AC

**ORDER TO CONTINUE REMAINING CASE DEADLINES**

**ORDER**

Having considered the Parties' Stipulation Request to Continue Remaining Case Deadlines, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the July 17, 2025 *Status Pretrial Scheduling Order* [ECF No. 13], and setting forth below the new schedule of discovery and pre-trial dates:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Completion of Discovery | October 5, 2026 | January 3, 2027 |
| Dispositive Motion | December 4, 2026 | March 4, 2027 |
| Final Pretrial Conference | February 22, 2027 | May 17, 2027 |
| Jury Trial | April 27, 2027 | July 27, 2027 |

IT IS SO ORDERED.

Dated: September 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE