# United States District Court
# Eastern District of California

MICHAEL BROWN

Plaintiff(s)

V.

UNITED PARCEL SERVICE, INC.

Defendant(s)

Case Number: 2:25-CV-00986

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jordan C. Murray, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant United Parcel Service, Inc.

On 09/16/2026 (date), I was admitted to practice and presently in good standing in the Southern District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/27/2026 Signature of Applicant: /s/ Jordan C. Murray

**Pro Hac Vice Attorney**

Applicant's Name: Jordan C. Murray, Esq.

Law Firm Name: Martenson, Hasbrouck & Simon LLP

Address: 2911 Turtle Creek Blvd.,

Suite 1280

City: Dallas State: TX Zip: 75219

Phone Number w/Area Code: (972) 497-2952

City and State of Residence: Dallas, TX

Primary E-mail Address: jmurray@martensonlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Gregorio Bautista, Esq.

Law Firm Name: Martenson, Hasbrouck & Simon LLP

Address: 5800 Armada Drive

Suite 101

City: Carlsbad State: CA Zip: 92008

Phone Number w/Area Code: (760) 827-5013 Bar # 340867

**ORDER**

The Pro Hae Vice Application is APPROVED. The Pro Hae Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE